

FILED & JUDGMENT ENTERED
Steven T. Salata

Jul 12 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

ALVIN HALL
CHANTINA TUCKER HALL

SSN#: XXX-XX-2524
SSN#: XXX-XX-2950

Chapter 13
CASE NO: 10-31492
Related Court Docket Number: 54

### ORDER

ON 07/10/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

AND, THIS COURT FINDS that:
[ Y/**N** ] Debtors present            [ **Y**/N ] LEE SCHWILM present
[✓] Plan payments are in substantial default.
[✓] Debtors can resume payments __July 2013__.
[ ]
IT IS, THEREFORE, ORDERED that:
[ ] Case is hereby dismissed.
[ ] Case subject to dismissal without further notice upon payment default for _____.
[ ] Case subject to dismissal if not converted to Chapter 7 within ____ days.
[✓] Plan payments are to resume at/to be changed to $ __1,360.00__ per month.
[✓] Plan composition percentage is set at __1__ %.
[ ] Plan term set at ____ months; minimum unsecured dividend is adjusted as necessary.
[ ] Case subject to dismissal if plan payments not completed by _____.
[ ] Plan term is extended as necessary.
[✓] Attorney for debtors allowed presumptive, non-base fee of $ __200.00__.
[ ] Hearing is continued to _____.
[✓] Motion is denied.
[ ] _____

This Order has been signed electronically, pursuant
to administrative order of the Court. Effective as of
date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on July 11, 2013.

ALVIN HALL & CHANTINA TUCKER HALL, 1447 LITTLE ROCK ROAD, CHARLOTTE, NC 28214

L. Long
Office of the Chapter 13 Trustee